THEODORE BERDELL et al., Respondents and Appellants, *v.* HARRY ALLEN et al., Appellants and Respondents.

Reported below, 22 J. & S. 38.

(Argued October 14, 1889;  decided November 26, 1889.)

CROSS-APPEALS from judgment of the General Term of the Superior Court in the city of New York, entered upon an order made November 8, 1886, which modified and affirmed as modified, a final judgment, entered upon the report of a referee, and an interlocutory judgment, entered upon a decision of the court on trial at Special Term.

This action was brought to set aside an agreement stating and settling certain accounts between the parties on the ground of fraud, and for a restatement of said accounts.

The trial court found the fraud as alleged, set aside the agreement and directed a restatement of the account upon certain principles stated.   The questions presented on appeal arose upon the accounts as restated, and, aside from a construction of the contract forming the basis for the settlement, depended for their solution upon the facts.

The court here held that, considering the findings of fact which were confirmed by the General Term, and which had sufficient evidence to support them, and such additional facts as were supported by the evidence, and which it was to be presumed in support of the judgment, were found and con-

sidered, although not included in the formal findings, the judgment of the General Term was proper and should be affirmed.

*James L. Bishop* for defendants.

*Edward M. Shepard* for plaintiffs.

VANN, J., reads for affirmance.
All concur.
Judgment affirmed.